No. 86–5635.   O'BRIAIN v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 86–5636.   MITCHELL v. VARIOUS AGENCIES OF THE FEDERAL AND STATE GOVERNMENTS.   Sup. Ct. N. M.   Certiorari denied.

No. 86–5637.   KOENIG v. SOLEM, WARDEN, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 86–5638.   MCCOY v. CLERK OF COURT OF DARLINGTON COUNTY ET AL.   Sup. Ct. S. C.   Certiorari denied.

No. 86–5640.   TAYLOR v. BORG, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 86–5641.   WILLIAMS v. UNION CARBIDE CORP.   C. A. 6th Cir.   Certiorari denied.

No. 86–5645.   GILCES v. JONES.   C. A. 2d Cir.   Certiorari denied.

No. 86–5646.   COLEMAN v. DELAWARE ET AL.   C. A. 3d Cir. Certiorari denied.

No. 86–5647.   BERCAW v. MANDAK, JUDGE.   C. A. 3d Cir. Certiorari denied.

No. 86–5650.   SLATER v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 86–5651.   HOPPER v. INDIANA.   Ct. App. Ind.   Certiorari denied.

No. 86–5660.   DAVIS v. ROBBS ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 86–5661.   KENNEY v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 86–5662.   GARCIA v. OHIO.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 86–5663.   MURILLO v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 86–5665.   MYRICK v. UNITED STATES.   Ct. App. D. C. Certiorari denied.